CLAYTON, J

v.

PBPP

431 CD 2016

Commonwealth Court of Pennsylvania.

08/31/2017

Board of Probation & Parole, 197GR

Affirmed

GRAY, L.

v.

PBPP

896 CD 2016

Commonwealth Court of Pennsylvania.

08/31/2017

Board of Probation & Parole, Parole No. 987 4V

Affirmed

HOOKS, N.

v.

SEPTA

946 CD 2016

Commonwealth Court of Pennsylvania.

08/31/2017

Philadelphia County Civil Division, June Term, 2014 No. 2615

Affirmed

COMMONWEALTH

v.

WELDON, R.

1547 CD 2016

Commonwealth Court of Pennsylvania.

08/31/2017

Montgomery County Criminal Division, CP–46–MD–0002623–2014

Affirmed